JOHN SULLIVAN, Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant.

(Argued October 6, 1892; decided October 25, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 26, 1891, which overruled defendant's exception and ordered judgment on verdict in favor of plaintiff, directed by the trial court.

*Sidney J. Cowen* for appellant.

Agree to reverse judgment and grant new trial on authority of *Higgins* v. *Mayor, etc.* (131 N. Y. 128).
All concur.
Judgment reversed.